## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CARMON MATTHEW WALKER** | * | **CIVIL ACTION** |
| | * | |
| **VERSUS** | * | **NO.** |
| | * | |
| **MAGNOLIA MARINE TRANSPORT COMPANY** | * | **SECTION:** |
| | * | |
| | * | **JURY DEMAND** |
| *   *   *   *   *   * | * | |

## **COMPLAINT**

Complainant, **CARMON MATTHEW WALKER**, a person of the full age of majority, through undersigned counsel, brings this action against **MAGNOLIA MARINE TRANSPORT COMPANY**, (hereinafter "respondent"), and avers:

### **JURISDICTION AND PARTIES**

**I.**

Jurisdiction of this Honorable Court is based on the Jones Act, (46 U.S.C. § 30104, *et. seq.*), and under the general maritime law for general maritime negligence and unseaworthiness and for maintenance and cure.

**II.**

Parties named herein are as follows:

1.  Named Complainant herein is:

    **CARMON MATTHEW WALKER**, a person of the full age of majority;

2. Named Respondent herein is:

**MAGNOLIA MARINE TRANSPORT COMPANY**, a company with its principal place of business located at 2829 Lakeland Drive, Jackson, MS 39232, authorized to do and doing business under the laws of the State of Louisiana and within the jurisdiction of this Honorable Court.

**FACTS**

**III.**

On or about May 5, 2015, and at all times pertinent herein, Complainant, **CARMON MATTHEW WALKER**, was employed by Respondent, **MAGNOLIA MARINE TRANSPORT COMPANY,** as a deckhand and as a seaman and member of the crew aboard the **M/V MR. HAMPTON**, under the ownership, control and authority of Respondent, **MAGNOLIA MARINE TRANSPORT COMPANY**.

**IV.**

On or about May 5, 2015, **CARMON MATTHEW WALKER**, while so employed was attempting to take apart three barges when, as a result of inadequate and malfunctioning machinery and inadequate training, Complainant's hand was crushed by a winch permanently attached to the vessel. Complainant's injuries required surgery and caused permanent damage and disability.

**V.**

At all times pertinent herein, Respondent, **MAGNOLIA MARINE TRANSPORT COMPANY**, operated, manned, managed, provisioned and/or controlled and/or had

possession of the vessel, equipment and work site during the operations in question and the work being done by the crew.

## CAUSES OF ACTION

## JONES ACT

## VI.

Complainant's damages were the proximate and direct result of the negligent acts or omissions of the Respondent, **MAGNOLIA MARINE TRANSPORT COMPANY,** in its operation and maintenance of the vessel and equipment in question, and in the planning and direction of the task and personnel involved in the project, Complainant's working conditions and in the supervision of and planning and direction of the work; additionally, and more specifically, **MAGNOLIA MARINE TRANSPORT COMPANY** was negligent in failing to:

1. Properly equip, man, provision, maintain and operate the vessel under its control and its appurtenances and equipment;
2. Properly and reasonably select and implement an overall plan to complete the tasks at hand in a safe and non-hazardous manner;
3. Provide Complainant with a safe and non-hazardous workplace;
4. Provide proper and sufficient tools and manpower to complete the tasks at hand;
5. Properly maintain, operate, and equip the vessel;
6. Properly instruct and outfit Complainant;
7. Provide training and instruction to Complainant's fellow crew members; and

8. Provide proper warnings and instructions regarding the winch.

**VII.**

As a direct result of the negligence aforementioned in Paragraph VI, Complainant, **CARMON MATTHEW WALKER**, has in addition to the aforementioned damages, sustained a disability, incurred and will continue to incur in the future, pain and suffering, loss of wages, found, fringe benefits, earning capacity and has incurred and will incur in the future, medical expenses and other financial losses, for which he is entitled to recover from **MAGNOLIA MARINE TRANSPORT COMPANY**.

**GENERAL MARITIME LAW**

**UNSEAWORTHINESS and NEGLIGENCE**

**VIII.**

At all times pertinent hereto, Respondent, **MAGNOLIA MARINE TRANSPORT COMPANY**, owned, controlled, operated, provisioned and manned the **M/V MR. HAMPTON** upon which **CARMON MATTHEW WALKER** was assigned.

**IX.**

Under the General Maritime Law, it was the duty of Respondent, **MAGNOLIA MARINE TRANSPORT COMPANY,** to furnish Complainant, **CARMON MATTHEW WALKER**, with a safe place in which to work and with safe gear, appurtenances, equipment, a properly manned and maintained vessel and to conduct operations aboard the vessel in a safe and proper manner; in connection with Complainant's injuries and disability, **MAGNOLIA MARINE TRANSPORT COMPANY**, was negligent in the operation,

manning, maintenance and provisioning of the **M/V MR. HAMPTON** and its operations on or about May 5, 2015.

## X.

Complainant avers that through the actions and/or inactions of **MAGNOLIA MARINE TRANSPORT COMPANY**, that the **M/V MR. HAMPTON** on which Complainant was assigned was rendered unseaworthy on or about May 5, 2015.

## XI.

The injuries, disabilities and damages sustained by Complainant in the aforementioned Paragraphs of this Complaint were caused by the unseaworthy condition of the **M/V MR. HAMPTON** on which Complainant was assigned during his employment for **MAGNOLIA MARINE TRANSPORT COMPANY** and by the negligence of **MAGNOLIA MARINE TRANSPORT COMPANY** in the manning, maintenance, provision, control, equipping and operation of said vessel and operations on or about May 5, 2015.

## MAINTENANCE AND CURE

## XII.

As an employee and seaman of **MAGNOLIA MARINE TRANSPORT COMPANY**, Complainant, **CARMON MATTHEW WALKER**, is entitled under the General Maritime Law to the payment of maintenance and cure until his reaching of maximum medical cure. As of the drafting of this Complaint, **MAGNOLIA MARINE TRANSPORT COMPANY** has failed to pay sufficient maintenance and cure, for which

now **CARMON MATTHEW WALKER** makes judicial demand, in addition to attorney's fees, costs and damages.

## DAMAGES

### XIII.

The injuries sustained by Complainant have resulted in a loss of earning capacity, physical pain and mental anguish, past and future medical expenses and other damages, both past and future, all of which will be shown at the trial of this matter.

## JURY TRIAL

### XVI.

Complainant, **CARMON MATTHEW WALKER**, desires and is entitled to a trial by jury on the issues sued upon herein.

**WHEREFORE,**

1. Complainant, **CARMON MATTHEW WALKER** prays for judgment against Respondent, **MAGNOLIA MARINE TRANSPORT COMPANY,** in an amount as may be proper in the premises, and for all costs and disbursements in this action, and for all general and equitable relief;

2. Complainant, **CARMON MATTHEW WALKER**, further prays for trial by jury.

Respectfully submitted,

**DELISE & HALL**

  s/Alton J. Hall, Jr.
**ALTON J. HALL, JR. (#20846)**
528 W. 21st Avenue
Covington, LA 70433
Telephone: (985) 249-5915
Telecopier: (985) 809-5787
ahall@dahlaw.com

- AND -

**BOBBY J. DELISE (#4847)**
7924 Maple Street
New Orleans, LA  70118
Telephone: (504) 836-8000
Telecopier: (504) 836-8020
bdelise@divelawyer.com

**Counsel for Complainant,
Carmon Matthew Walker**

<u>**WAIVE SERVICE AT THIS TIME FOR:**</u>

**MAGNOLIA MARINE TRANSPORT COMPANY**